DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN KARAM** and **NICHOLAS ROBERT OROW,**
Appellants,

v.

**GREGORY A. KARAM, ANTHONY A. KARAM, COPPER, LLC,**
and **BRONZE, LLC,**
Appellees.

No. 4D17-1208

[March 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 2013-021875-CACE-25.

Adrian Delancy, Michelle A. Delancy and Michael J. Dono of Hamilton, Miller & Birthisel, LLP, Miami, for appellants.

Keith T. Grumer of Katz Barron, Fort Lauderdale, John P. Fenner, Boca Raton, and Ian C. Dolan, Fort Lauderdale, for appellees, Gregory A. Karam and Copper, LLC.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***